IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIEANNA GUNSAY, *et al.* | * | |
| Plaintiffs, | * | **Civil No. JFM-14-01347** |
| v. | * | |
| B. ROBERT MOZYANI, M.D., *et al*. | * | |
| Defendants. | * | |

_____

### DEFENDANTS' HENDERSON, WADE, AND STULTZ'S MOTION TO DISMISS, OR FOR SUMMARY JUDGMENT

COME NOW, the Defendants, Defendant Deputy Henderson, Deputy Wade, and Deputy Stultz, by and through their attorneys, Douglas F. Gansler, Attorney General of Maryland, and Jason L. Levine, Assistant Attorney General, and move this Honorable Court to dismiss the Complaint, or for summary judgment, and for the reasons set forth in the accompanying Memorandum of Law, which is attached hereto and incorporated herein by reference.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

_____/s/_____
Jason L. Levine (Bar No. 16631)
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6388 (tel.)
(410) 576-6393 (fax)
jlevine@oag.state.md.us
*Counsel for Defendants*
*Henderson, Wade and Stultz*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 18, 2014, a copy of the foregoing was sent via the court's CM/ECF system to the persons entitled to receive such notice.

                                                                 _____/s/_____
                                                                  Jason L. Levine