IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRIEANNA GUNSAY, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil No.  JFM  14-01347 |
| B. ROBERT MOZYANI, M.D., et al., | * | |
| Defendants | * | |

**DEFENDANTS' GUNSAY AND MOYER WILLIAMS' REPLY
TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS OR FOR SUMMARY**

Defendants Metin Ata Gunsay [hereafter Gunsay] and Linda Lee Moyer Williams [hereafter Moyer[1]] respectfully submit this Reply to "Plaintiffs' Memorandum of Points and Authorities in Opposition to the Motion to Dismiss or for Summary judgment filed by Defendants Gunsay and Moyer Williams" (Docket #29).

I.      <u>Statute of Limitations</u>.  Defendants acknowledge Plaintiffs' arguments. Technically, Plaintiffs did not file this law suit "within" three years of the date of the alleged torts. Because the Statute of Limitations defense must be affirmatively asserted, Defendant continues to assert it, in the event Plaintiffs' arguments are in error.

II.     <u>Count II, Conspiracy/False Arrest against Linda Moyer</u>.  Defendants continue to point out that this count was adjudicated against Plaintiff Brieanna Gunsay in Case No. 376883-V

---

[1] The correct name of Defendant Linda Lee Moyer Williams is "Linda Lee Moyer."  Defendant Moyer is married to a Mr. Williams, but she has not taken his last name.  In addition, in the previous two cases that Plaintiffs have brought against Ms. Moyer, she has been consistently referred to as "Moyer."   She will continue to be referred to as Moyer in Defendants' pleadings.

in the Circuit Court for Montgomery County,[2] and that this final ruling is currently being appealed by Brieanna Gunsay.  Accordingly, Defendants submit that *res judicata* bars Count II against Linday Moyer, and that Count II should be dismissed against Linda Moyer.

      III.    <u>Counts II and IV Fail to State a Valid Cause of Action against Defendants Gunsay and Moyer</u>.  While Plaintiffs' Opposition multiplies the bald assertions and the name-calling against Defendants, the fact remains that the written allegations in the Amended Complaint are insufficient to state a valid cause of action for either Conspiracy/False Arrest or Intentional Infliction of Emotional Distress.  Defendants submit that both of those counts should be dismissed with prejudice.

      IV.    <u>Summary Judgment Should Be Granted in Favor of Defendants as to Count IV, Intentional Infliction of Emotional Distress</u>.  Despite Plaintiffs' protestations, Count IV does not state a valid cause of action for intentional infliction of emotional distress.  Summary judgment is an appropriate remedy as to this count because the Utah Orders that were supplied with Defendants' Memorandum (Docket # 19) establish as a matter of law that the Utah orders supersede the Canadian Orders upon which Plaintiffs are relying to establish outrageous or extreme conduct by Defendants.   The Utah Orders refute the validity and applicability of the Canadian Orders referenced in the Amended Complaint.  With this established, even if this count were to survive Defendants' challenge that it does not state a valid cause of action, Defendants would then be entitled to summary judgment in their favor because as a matter of law, the alleged conduct is not such "extreme" or "outrageous" conduct that would satisfy that element of the cause of action.

---

[2] This case was then consolidated with Case No. 362107-V.  Thereafter Brieanna appealed the dismissal of that conspiracy/false arrest count.  That appeal is still pending before the Court of Special Appeals (Case No. 499, September Term 2014 ).

For the foregoing reasons, Metin Ata Gunsay and Linda Lee Moyer Williams respectfully request that the Court grant this motion and enter judgment in their favor and dismiss Plaintiffs' Amended Complaint against them with prejudice.

                                               _____/s/_____
                                               C. Paul Smith  (Bar No. 11031 )
                                               308 West Patrick Street
                                               Frederick, MD 21701
                                               (301) 762-0033  (tel.)
                                               (301) 620-2240  (fax)
                                               cpaulsmith@verizon.net

                                               Counsel for Defendants Gunsay  and
                                                      Moyer Williams

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2014, a copy of the foregoing was sent via the Court's CM/ECF system to the persons entitled to receive such notice.

                                               _____/s/_____
                                               C . Paul Smith