**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 1, 2015

MEMO TO COUNSEL RE:  Brieanna Gunsay, et al. v. Sgt. Jeffrey Plummer, et al.
Civil No. JFM-14-1347

Dear Counsel:

I have reviewed the papers submitted in connection with defendant's motion for protective order and other appropriate relief (document 53). The motion is granted. Plaintiff has forfeited the right to have the depositions of defendants be taken in light of the highly unprofessional conduct of her counsel at the deposition of Lt. Henderson.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge